```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

LINDA TURNER,                       *

    Plaintiff                *

vs.                                 *
                                           CASE NO. 4:07-CV-69(CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                    *

    Defendant
                                    *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 29, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of August, 2008.

                                                      S/Clay D. Land
                                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE